June 01, 2007

Mr. John Charles Grace
Assistant Criminal District Attorney
P.O. Box 10536
Lubbock, TX 79408-3536
Ms. Laurie L. Key
1202 Avenue J
Lubbock, TX 79401

RE: Case Number: 06-0974
 Court of Appeals Number: 07-06-00109-CV
 Trial Court Number: 2006-533,919

Style: THE STATE OF TEXAS
 v.
 JUDY BEAM

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Chief Justice
Jefferson delivered the opinion of the Court.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Peggy Culp |
| |Ms. Barbara |
| |Sucsy |